UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ZAVALA, | No. 2:22-cv-0050 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| REVENUE RECOVERY, et al., | |
| Defendants. | |

Plaintiff is a former[1] county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges funds were improperly removed from his inmate trust account. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and

---

[1] Records indicate that plaintiff is no longer an inmate in the custody of Sacramento County. *See* https://www.sacsheriff.com/InmateInformation/SearchNames.aspx (inmate locator website operated by the Sacramento County Sheriff's Department). This court may take judicial notice of such information. *See Louis v. McCormick & Schmick Restaurant Corp.*, 460 F. Supp. 2d 1153, 1155 fn.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records); *Pacheco v. Diaz*, No. 1:19-cv-0774 SAB (PC), 2019 WL 5073594, at *2 (E.D. Cal. Sept. 4, 2019) (court may take judicial notice of the California Department of Corrections and Rehabilitation's inmate locator system).

1

recommendations were to be filed within twenty days.  (ECF No. 6.)  Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed April 20, 2022, are adopted in full;
2. The complaint is dismissed without leave to amend; and
3. The Clerk of the Court is directed to close the case.

DATED:  October 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE